**<u>Exhibit A</u>**

**Proposed Order**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUMIO HOLDINGS, INC.,<br>   Debtor.<br><br>Federal EIN: 87-3547119 | Chapter 11<br><br>Case No. 24-11916 (___) |
| In re:<br><br>LUMIO HX, INC.,<br>   Debtor.<br><br>Federal EIN: 87-3547401 | Chapter 11<br><br>Case No. 24-11917 (___) |

### ORDER AUTHORIZING JOINT ADMINISTRATION
### OF THE DEBTORS' CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of the Debtors for entry of an order (this "Order") pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b) and Local Rule 1015-1, authorizing the joint administration of the Debtors' chapter 11 cases; and upon consideration of the Motion and all of the pleadings related thereto, including the First Day Declaration; and notice of the Motion not having been required pursuant to Local Rule 1015-1; and it appearing that the relief requested by this Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

---

[1] Capitalized terms not defined herein are defined in the Motion.

2. The above-captioned cases are consolidated for procedural purposes only and shall be jointly administered under Case No. 24-11916 (___).

3. The Clerk of Court shall maintain one file and one docket for these jointly administered cases, which file and docket shall be the file and docket for *Lumio Holdings, Inc.*, Case No. 24-11916 (___).

4. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUMIO HOLDINGS, INC., *et al.*, | Case No. 24-11916 (___) |
| Debtors.[1] | (Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, are Lumio Holdings, Inc. (7119) and Lumio HX, Inc. (7401). The Debtors' headquarters is located at 1550 W Digital Drive, Suite 200, Lehi, UT 84043.

5. The foregoing consolidated caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code.

6. A docket entry shall be made in each of the above-captioned cases substantially as follows:

> An Order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure and rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of the following entities: Lumio Holdings, Inc. and Lumio HX, Inc. The Debtors' mailing address is 1550 W Digital Drive, Suite 200, Lehi, UT 84043. **The docket in the chapter 11 case of *Lumio Holdings, Inc.*, Case No. 24-11916 (__), should be consulted for all matters affecting these Chapter 11 Cases.**

2

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors or the Debtors' estates, and this Order shall be without prejudice to the rights of the Debtors or any other party in interest to seek or oppose substantive consolidation of the Debtors' estates.

8. The Debtors are authorized to take all actions necessary and appropriate to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.