**Exhibit C**

**Utility Providers**

| Utility Provider | Service Type | Applicable Service Address | Account Number | Average Monthly Expense (Approximate) | Continuing Services Postpetition? |
|---|---|---|---|---|---|
| Comcast Business | Cable | 2500 Mottman Rd, #A, Tumwater, WA 98512 | 8798 38 005 2544978 | $340 | no |
| Spectrum Business | Cable | 3559 National Drive, #103, Medford, OR 97504 | 8412 10 055 0936325 | $30 | no |
| Spectrum Business | Cable | 5711 McPherson Rd, Unit 204, Laredo, TX 78041 | 8260 18 052 0258193 | $34 | no |
| Spectrum Business | Cable | 900 Isom Rd, #110, San Antonio, TX 78216 | 8260 14 146 8255229 | $35 | yes |
| Avista Power | Electric | 15320 E Marietta Ave, Suite 8, Spokane Valley, WA 99216 | 4214424304 | $47 | no |
| City of Ocala | Electric | 1850 SE 18th Avenue, Unit 109, Ocala, FL 34471 | 541589247276 | $359 | no |
| City of Winter Park | Electric | 1305 Morgan Stanley Ave, Unit 614, Winter Park, FL 32789 | 1295592-49230 | $147 | yes |
| Direct Energy | Electric | 5711 McPherson Rd, Unit 204, Laredo, TX 78041 | 75340440-9 | $1,307 | no |

| Direct Energy | Electric | 5711 McPherson Rd, Unit 204, Laredo, TX 78041 | 75340440-9 | $1,244 | no |
| --- | --- | --- | --- | --- | --- |
| Dominion Energy | Electric | 721 Lady St, Unit B, Columbia, SC 29201 | 1-2101-3167-4583 | $174 | yes |
| Dominion SC | Electric | 2183 Ashley Phosphate Rd, Unit A, Charleston, SC 29406 | 1210138878681 | $317 | yes |
| Duke Energy | Electric | 13348 Twinwood Lane, Unit 2106, Orlando, FL 32837 | 910143488863 | $285 | no |
| Duke Energy | Electric | 778 Bear Creek Circle, Winter Springs, FL 32708 | 910143495490 | $1,003 | no |
| Duke Energy | Electric | 12600 Challenger Pkwy, Suite 200, Orlando, FL 32826 | 9100 9483 2177 | $3,200 | no |
| Duke Energy | Electric | 1709 Business Center Lane, Kissimee, FL 34758 | 9101 2401 3402 | $285 | no |
| Duke Energy | Electric | 7006 Stapoint Court, Unit D, Winter Park, FL 32792 | 910124161255 | $549 | no |
| Duke Energy | Electric | 7006 Stapoint Court, Unit D, Winter Park, FL 32792 | 9101 3235 3000 | $17 | no |
| Duke Energy | Electric | 13385 Twinwood Lane, Unit 1612, Orlando, FL 32837 | 9101 4310 2549 | $400 | yes |

| | | | | | |
|---|---|---|---|---|---|
| Duke Energy | Electric | 901 Semoran Park Drive, Unit F901, Winter Park, FL 32792 | 910161912935 | $270 | yes |
| Duke Energy | Electric | 1146 Gum Branch Road, Unit A-124, Jacksonville, NC 28540 | 910165838300 | $401 | yes |
| Duke Energy | Electric | 6985 University Blvd, Winder Park, FL 32792 | 910165809488 | $472 | yes |
| Duke Energy | Electric | 7129 University Blvd, Winter Park, FL 32792 | 9101 4363 2912 | $285 | yes |
| Entergy Arkansas | Electric | 10 Collins Industrial Place, #2A, Little Rock, AR 72113 | 187429386 | $120 | no |
| Entergy Arkansas | Electric | 10 Collins Industrial Place, #2B, Little Rock, AR 72113 | 187430640 | $134 | no |
| Florida Power & Light | Electric | 7560 Omni Lane, Unit 104, Fort Myers, FL 33905 | 59010-02385 | $104 | no |
| Florida Power & Light | Electric | 7540 Omni Lane, Unit 204, Fort Myers, FL 33905 | 77803-24187 | $250 | no |
| Florida Power & Light | Electric | 1404 Lighthouse Rd, Panama City Beach, FL 32407 | 21135-23076 | $52 | no |
| Florida Power & Light | Electric | 9925 South US Highway, Unit 202, Port St. Lucie, FL 34952 | 43634-00229 | $116 | no |

| Utility | Service | Address | Account | Amount | Deposit |
|---|---|---|---|---|---|
| Florida Power & Light | Electric | 120 Acklins Circle, Unit 311, Daytona Beach, FL 32119 | 56629-49295 | $351 | yes |
| Florida Power & Light | Electric | 2241 Hampton Greens Blvd, Unit 202, Melbourne, FL 32935 | 70869-75450 | $201 | yes |
| Florida Power & Light | Electric | 2825 89th Street Circle E, Palmetto, FL 34221 | 49582-95356 | $235 | yes |
| Florida Power & Light | Electric | 3425 Forum Blvd, Unit 331, Fort Myers, FL 33905 | 84905-29255 | $125 | yes |
| Florida Power & Light | Electric | 435 Earl Ave, Melbourne, FL 32901 | 85071-64278 | $250 | yes |
| Florida Power & Light | Electric | 449 Truvall St, Palm Bay, FL 32908 | 88548-37377 | $265 | yes |
| Florida Power & Light | Electric | 727 NW Federal Highway, Stuart, FL 34994 | 08994-37347 | $229 | yes |
| Florida Power & Light | Electric | 110 Bry Lynn Drive, Melbourne, FL 32904 | 01442-07362 | $299 | yes |
| Florida Power & Light | Electric | 550 Second Ave, Panama City Beach, FL 32413 | 21128-02562 | $281 | yes |
| Florida Power & Light | Electric | 6801 Palisades Park Ct, Unit 1, Fort Myers, FL 33912 | 00122-02461 | $751 | yes |

| Florida Power & Light | Electric | 729 NW Federal Highway, Stuart, FL 34996 | 08967-90417 | $222 | yes |
|---|---|---|---|---|---|
| Hudson Energy | Electric | 1007 Heatherwilde Blvd, Unit 700, Pflugerville, TX 78660 | 300060017 | $970 | no |
| JEA | Electric | 7777 Normandy Blvd, Unit 507, Jacksonville, FL 32221 | 8647462294 | $29 | yes |
| Lakeview Light and Power | Electric | 8801 S. Tacoma Road, Tacoma, WA 98499 | 1255766001 | $298 | no |
| LCEC | Electric | 2312 SW 17th Place, Unit B 305, Cape Coral, FL 33991 | 6343599030 | $266 | yes |
| OG&E Arkansas | Electric | 8901 Jenny Lind Rd, #13A, Fort Smith, AR 72908 | 132313293-4 | $49 | no |
| Ozarks Electric | Electric | 2901 E Zion Rd, Unit 7, Fayetteville, AR 72703 | 330794001 | $258 | yes |
| Pacific Power | Electric | 188 Salmon Way, White City, OR 97503 | 23271394-001 2 | $350 | no |
| PSO Oklahoma | Electric | 8934 E 19th Place, Tulsa, OK 74112 | 958-335-423-2-7 | $256 | yes |
| PSO Oklahoma | Electric | 4727 S Memorial Drive, Unit A, Tulsa, OK 74145 | 95710477381 | $658 | yes |
| PSO Oklahoma | Electric | 4729 S Memorial Drive, Tulsa, OK 74145 | 95879377380 | $86 | yes |

| Puget Sound Energy | Electric | 34303 Pacific Hwy S, #120, Tacoma, WA 98003 | 220030499473 | $77 | no |
| --- | --- | --- | --- | --- | --- |
| Puget Sound Energy | Electric | 1639 Lindamood Lane, Burlington, WA 98233 | 220032296554 | $73 | no |
| Puget Sound Energy | Electric | 2500 Mottman Rd, #A, Tumwater, WA 98512 | 220028772154 | $159 | no |
| Puget Sound Energy | Electric | 2500 Mottman Rd, #C, Tumwater, WA 98512 | 220028772162 | $336 | no |
| Puget Sound Energy | Electric | 2500 Mottman Rd, #D, Tumwater, WA 98512 | 220028772170 | $232 | no |
| Reliant Energy | Electric | 7 Riverway, Unit 2110, Houston, TX 77056 | 75633174-0 | $149 | no |
| Reliant Energy | Electric | 505 E. Lamar Blvd, Unit 278, Arlington, TX 76011 | 76344596-2 | $111 | no |
| Reliant Energy | Electric | 5561 Kingpin Drive, Corpus Christi, TX 78405 | 75 598 851-6 | $831 | no |
| Reliant Energy | Electric | 3110 Shiloh Road, Unit 200, Richardson, TX 75082 | 75555100-9 | $764 | no |
| Reliant Energy | Electric | 9327 Highway 6 North, #130, Houston, TX 77095 | 75 579 532-5 | $877 | no |
| Reliant Energy | Electric | 2051 W Cumberland Rd, Unit 235, Tyler, TX 75703 | 76 399 882 - 0 | $499 | yes |

| Reliant Energy | Electric | 13108 State Highway 191, Midland, TX 79707 | 000075598842-5 | $1,034 | yes |
| --- | --- | --- | --- | --- | --- |
| Reliant Energy | Electric | 3602 Slide Rd, Unit B8, Lubbock, TX 79414 | 76 500 712 - 5 | $215 | yes |
| Rocky Mountain Power | Electric | 14641 S 800 W, Suite A, Bluffdale, UT 84065 | 42938844-001 9 | $255 | no |
| SDG&E | Electric | 837 Metcalf Street, Escondido, CA 92025 | 2100 0067 4096 5 | $32 | no |
| SDG&E | Electric | 837 Metcalf Street, Escondido, CA 92025 | 2100 0067 5020 4 | $233 | no |
| Snohomish PUD | Electric | 12521 Evergreen Drive, Unit D, Mukilteo, WA 98275 | 223626557 | $50 | no |
| Snohomish PUD | Electric | 8229 44th Ave W, Unit A, Mukilteo, WA 98275 | 223601527 | $45 | no |
| So Cal Edison | Electric | 1936 E Cedar St, Unit 3, Ontario, CA 91761 | 700767594184 | $602 | no |
| SWEPCO | Electric | 3595 W. Martin Luther King Jr Blvd, Fayetteville, AR 72704 | 963-151-361-1-7 | $252 | no |
| TECO | Electric | 4134 Lake Ned Village Circle, Winter Haven, FL 33884 | 211027322141 | $106 | no |
| TECO | Electric | 7616 West Courtney Campbell Causeway, Unit 253, Tampa, FL 33607 | 211031034567 | $168 | yes |

| TECO | Electric | 1528 3rd Street SW, Winter Haven, FL 33880 | 211028418658 | $944 | yes |
|---|---|---|---|---|---|
| Arkansas Oklahoma Gas | Gas | 8901 Jenny Lind Rd, #13A, Fort Smith, AR 72908 | 2344614 | $20 | no |
| Atmos Energy | Gas | 1007 Heatherwilde Blvd, Unit 700, Pflugerville, TX 78660 | 3056429343 | $147 | no |
| Atmos Energy | Gas | 3110 Shiloh Road, Unit 200, Richardson, TX 75082 | 3056401756 | $75 | no |
| Atmos Energy | Gas | 7821 Will Rogers Blvd, Fort Worth, TX 76140 | 3055121702 | $84 | no |
| Avista Power | Gas | 15320 E Marietta Ave, Suite 8, Spokane Valley, WA 99216 | 4214424304 | $14 | no |
| Black Hills Energy | Gas | 3595 W. Martin Luther King Jr Blvd, Fayetteville, AR 72704 | 9868 7416 09 | $35 | no |
| Black Hills Energy | Gas | 2901 E Zion Rd, Unit 7, Fayetteville, AR 72703 | 8420 3780 86 | $29 | yes |
| Cascade Natural Gas | Gas | 1639 Lindamood Lane, Burlington, WA 98233 | 322 433 2172 9 | $35 | no |
| Dominion Energy | Gas | 14641 S 800 W, Suite A, Bluffdale, UT 84065 | 704677610 | $21 | no |

| Florida City Gas | Gas | 2241 Hampton Greens Blvd, Unit 202, Melbourne, FL 32935 | 1192578 | $53 | yes |
|---|---|---|---|---|---|
| Florida City Gas | Gas | 435 Earl Ave, Melbourne, FL 32901 | 1207633 | $50 | yes |
| Oklahoma Natural Gas | Gas | 4727 S Memorial Drive, Unit A, Tulsa, OK 74145 | 213788779 1702775 18 | $46 | yes |
| Oklahoma Natural Gas | Gas | 8934 E 19th Place, Tulsa, OK 74112 | 213788779170142591 | $53 | yes |
| Oklahoma Natural Gas | Gas | 4729 S Memorial Drive, Tulsa, OK 74145 | 213788779 1012774 36 | $30 | yes |
| Puget Sound Energy | Gas | 34303 Pacific Hwy S, #120, Tacoma, WA 98003 | 220030771129 | $29 | no |
| Puget Sound Energy | Gas | 12521 Evergreen Drive, Unit D, Mukilteo, WA 98275 | 220031190667 | $31 | no |
| Puget Sound Energy | Gas | 2500 Mottman Rd, #100, Tumwater, WA 98512 | 220028772147 | $30 | no |
| Puget Sound Energy | Gas | 8229 44th Ave W, Unit A, Mukilteo, WA 98275 | 220031002128 | $116 | no |
| Puget Sound Energy | Gas | 8801 S. Tacoma Road, Tacoma, WA 98499 | 220030423689 | $202 | no |
| Puget Sound Energy | Gas | 8801 S. Tacoma Road, Tacoma, WA 98499 | 220030423689 | $30 | no |

| Provider | Service | Address | Account | Amount | Deposit |
|---|---|---|---|---|---|
| So Cal Gas | Gas | 1936 E Cedar St, Unit 3, Ontario, CA 91761 | 15652309186 | $20 | no |
| Summit Utilities | Gas | 10 Collins Industrial Place, #2A, Little Rock, AR 72113 | 210100335319 | $15 | no |
| Summit Utilities | Gas | 10 Collins Industrial Place, #2B, Little Rock, AR 72113 | 210100497150 | $18 | no |
| ACC Business | Internet | 2000 E. Lamar Blvd, Unit 300, Arlington, TX 76006 | 1234485 | $1,707 | no |
| AT&T | Internet | 1007 Heatherwilde Blvd, Unit 700, Pflugerville, TX 78660 | 320896708 | $102 | no |
| AT&T | Internet | 2000 E. Lamar Blvd, Unit 320, Arlington, TX 76006 | 323598600 | $197 | no |
| AT&T | Internet | 2901 E Zion Rd, Unit 7, Fayetteville, AR 72703 | 319576926 | $158 | yes |
| AT&T | Internet | 3110 Shiloh Road, Unit 200, Richardson, TX 75082 | 831-001-2204 131 | $612 | no |
| AT&T Business | Internet | 333 Sunset Ave, #300, Suisun City, CA 94585 | 322962976 | $182 | no |
| AT&T Business | Internet | 9327 Highway 6 North, #130, Houston, TX 77095 | 321742820 | $204 | no |

| CentraCom | Internet | 1550 Digital Drive, Lehi, UT 84043 | 384042898 | $652 | no |
|---|---|---|---|---|---|
| Comcast Business | Internet | 15320 E Marietta Ave, Suite 8, Spokane Valley, WA 99216 | 8498 39 005 2688592 | $596 | no |
| Comcast | Internet | 8229 44th Ave W, Unit A, Mukilteo, WA 98275 | 8498 31 020 0769839 | $425 | no |
| Comcast | Internet | 6801 Palisades Park Ct, Unit 1, Fort Myers, FL 33912 | 8535100380338207 | $234 | yes |
| Comcast Business | Internet | 10 Collins Industrial Place, #2B, Little Rock, AR 72113 | 8396 60 016 0005478 | $525 | no |
| Comcast Business | Internet | 12521 Evergreen Drive, Unit D Mukilteo, WA 98275 | 8498 31 020 0770787 | $411 | no |
| Comcast Business | Internet | 14641 S 800 W, Suite A, Bluffdale, UT 84065 | 8495 44 405 0374292 | $425 | no |
| Comcast Business | Internet | 1639 Lindamood Lane, Burlington, WA 98233 | 8498 30 015 0363386 | $311 | no |
| Comcast Business | Internet | 2500 Mottman Rd, #A, Tumwater, WA 98512 | 8798 38 005 2544978 | $297 | no |
| Comcast Business | Internet | 2500 Mottman Rd, #A, Tumwater, WA 98512 | 8498 38 005 3037014 | $396 | no |
| Comcast Business | Internet | 34303 Pacific Hwy S, #120, Tacoma, WA 98003 | 8498 34 016 1940061 | $183 | no |

| Comcast Business | Internet | 3625 NW 82nd Avenue, Unit 109, Miami, FL 33166 | 8495 60 048 1126698 | $235 | no |
|---|---|---|---|---|---|
| Comcast Business | Internet | 8801 S. Tacoma Road, Tacoma, WA 98499 | 8498 35 011 2852679 | $425 | no |
| Comcast Business | Internet | 12751 New Brittany Blvd, Unit 406, Fort Myers, FL 33907 | 8535 10 028 2270466 | $274 | yes |
| Comcast Business | Internet | 710 Laurel Road, Lindenwold, NJ 08021 | 8499051550562205 | $259 | yes |
| Comcast Business | Internet | 727 NW Federal Highway, Stuart, FL 34994 | 8535 11 484 1746759 | $184 | yes |
| Conservice | Internet | 1305 Morgan Stanley Ave, Unit 614, Winter Park, FL 32789 | 31432480 | $59 | yes |
| Cox | Internet | 8934 E 19th Place, Tulsa, OK 74112 | 001 6311 006407808 | $106 | yes |
| Cox Business | Internet | 1515 E Silver Springs, #201, Ocala, FL 34470 | 001 1033 025769901 | $280 | no |
| Cox Business | Internet | 3595 W. Martin Luther King Jr Blvd, Fayetteville, AR 72704 | 001 0806 096021401 | $419 | no |
| Cox Business | Internet | 1936 E Deere Ave, Unit 110, Santa Ana, CA 92705 | 001 7601 063889501 | $161 | yes |

| | | | | | |
|---|---|---|---|---|---|
| Cox Business | Internet | 4727 S Memorial Drive, Unit A, Tulsa, OK 74145 | 001 6311 074926203 | $362 | yes |
| First Digital | Internet | 1550 Digital Drive, Lehi, UT 84043 | 611363 | $1,897 | no |
| Frontier | Internet | 2825 89th Street Circle E, Palmetto, FL 34221 | 941-721-6762-031023-5 | $111 | yes |
| Frontier | Internet | 1301 Sarasota Center Blvd., Unit 120, Sarasota, FL 34240 | 941-342-6239-070324-5 | $98 | yes |
| Nitel | Internet | 2000 E. Lamar Blvd, Unit 300, Arlington, TX 76006 | 2022295079 | $1,176 | no |
| Optimum | Internet | 3602 Slide Rd, Unit B8, Lubbock, TX 79414 | 07710-139914-03-9 | $111 | yes |
| Phonoscope | Internet | 7 Riverway, Unit 2110, Houston, TX 77056 | 069-342076 | $103 | no |
| Sparklight Business | Internet | 13108 State Highway 191, Midland, TX 79707 | 129076246 | $711 | yes |
| Spectrum | Internet | 4134 Lake Ned Village Circle, Winter Haven, FL 33884 | 8337 12 034 1561267 | $105 | no |
| Spectrum | Internet | 778 Bear Creek Circle, Winter Springs, FL 32708 | 8337 10 018 0261013 | $87 | no |

| | | | | | |
|---|---|---|---|---|---|
| Spectrum | Internet | 12600 Challenger Pkwy, Suite 200, Orlando, FL 32826 | 8337 10 029 1625817 | $235 | no |
| Spectrum | Internet | 120 Acklins Circle, Unit 311, Daytona Beach, FL 32119 | 8337 11 040 0904607 | $105 | yes |
| Spectrum | Internet | 1146 Gum Branch Road, Unit A-124, Jacksonville, NC 28540 | 83491100320706252 | $160 | yes |
| Spectrum | Internet | 7129 University Blvd, Winter Park, FL 32792 | 8337 10 027 2085445 | $200 | yes |
| Spectrum Business | Internet | 188 Salmon Way, White City, OR 97503 | 8412 10 051 0086518 | $195 | no |
| Spectrum Business | Internet | 3559 National Drive, #103, Medford, OR 97504 | 8412 10 055 0936325 | $150 | no |
| Spectrum Business | Internet | 5711 McPherson Rd, Unit 204, Laredo, TX 78041 | 8260 18 052 0258193 | $150 | no |
| Spectrum Business | Internet | 7006 Stapoint Court, Unit D, Winter Park, FL 32792 | 8337 10 027 1930476 | $195 | no |
| Spectrum Business | Internet | 2241 Hampton Greens Blvd, Unit 202, Melbourne, FL 32935 | 8337 11 005 0898695 | $105 | yes |
| Spectrum Business | Internet | 449 Truvall St, Palm Bay, FL 32908 | 8337 11 029 1099715 | $80 | yes |

| | | | | | |
|---|---|---|---|---|---|
| Spectrum Business | Internet | 7616 West Courtney Campbell Causeway, Unit 253, Tampa, FL 33607 | 8337 12 031 2238689 | $80 | yes |
| Spectrum Business | Internet | 110 Bry Lynn Drive, Melbourne, FL 32904 | 8337 11 0110195306 | $129 | yes |
| Spectrum Business | Internet | 1528 3rd Street SW, Winter Haven, FL 33880 | 8337120250585851 | $175 | yes |
| Spectrum Business | Internet | 4012 Gunn Hwy, Unit 180, Tampa, FL 33618 | 8337 12 030 2954188 | $140 | yes |
| Spectrum Business | Internet | 495 N Keller Road, Unit 155, Maitland, FL 32751 | 8337 10 027 1960895 | $164 | yes |
| Spectrum Business | Internet | 6985 University Blvd, Winder Park, FL 32792 | 8337 10 027 2319422 | $120 | yes |
| Spectrum Business | Internet | 900 Isom Rd, #110, San Antonio, TX 78216 | 8260 14 146 8255229 | $150 | yes |
| Spectrum Enterprise | Internet | 5561 Kingpin Drive, Corpus Christi, TX 78405 | 185293201 | $552 | no |
| Spectrum Enterprise | Internet | 7821 Will Rogers Blvd, Fort Worth, TX  76140 | 172068301 | $552 | no |
| Ultimate Internet | Internet | 1936 E Cedar St, Unit 3, Ontario, CA 91761 | 40668 | $353 | no |
| WOW! | Internet | 1404 Lighthouse Rd, Panama City Beach, FL 32407 | 20191998 | $117 | no |

15

| | | | | | |
|---|---|---|---|---|---|
| WOW! Business | Internet | 550 Second Ave, Panama City Beach, FL 32413 | 19956679 | $197 | yes |
| Xfinity | Internet | 7777 Normandy Blvd, Unit 507, Jacksonville, FL 32221 | 8495 7412 3491 8393 | $75 | yes |
| Ziply Fiber | Internet | 333 W Canal Drive, #101, Kennewick, WA 99336 | 509-585-6720-080122-5 | $124 | no |
| Comcast Business | Phone | 2500 Mottman Rd, #A, Tumwater, WA 98512 | 8798 38 005 2544978 | $244 | no |
| Sparklight Business | Phone | 13108 State Highway 191, Midland, TX 79707 | 129076246 | $294 | yes |
| Spectrum Business | Phone | 3559 National Drive, #103, Medford, OR 97504 | 8412 10 055 0936325 | $25 | no |
| Spectrum Business | Phone | 5711 McPherson Rd, Unit 204, Laredo, TX 78041 | 8260 18 052 0258193 | $34 | no |
| Spectrum Business | Phone | 900 Isom Rd, #110, San Antonio, TX 78216 | 8260 14 146 8255229 | $33 | yes |
| TPX Communications | Phone | 4531 Ayers St, Unit 311, Corpus Christi, TX 78415 | 166590 | $779 | no |
| Le May Inc Pierce County Refuse | Recycling | 8801 S. Tacoma Road, Tacoma, WA 98499 | 2180-1190634-002 | $45 | no |

| Pierce County Sewer | Sewer | 8801 S. Tacoma Road, Tacoma, WA 98499 | 2086255 | $625 | no |
|---|---|---|---|---|---|
| Rogue Valley Sewer | Sewer | 188 Salmon Way, White City, OR 97503 | 075878-000 | $31 | no |
| City of Ontario | Trash | 1936 E Cedar St, Unit 3, Ontario, CA 91761 | 2277934-192867 | $1,209 | no |
| Le May Inc Pierce County Refuse | Trash | 8801 S. Tacoma Road, Tacoma, WA 98499 | 2180-1190634-001 | $246 | no |
| Rogue Disposal & Recycling | Trash | 3559 National Drive, #103, Medford, OR 97504 | 2061-51868467 | $43 | no |
| Medford Water District | Water | 188 Salmon Way, White City, OR 97503 | 00885166-0994157 | $32 | no |
| City of Columbia | Water/Sewer | 721 Lady St, Unit B, Columbia, SC 29201 | 01-9582026-2011831-7 | $137 | yes |
| City of Corpus Christi | Water/Sewer | 5561 Kingpin Drive, Corpus Christi, TX 78405 | 20543385 | $496 | no |
| City of Fayetteville | Water/Sewer | 2901 E Zion Rd, Unit 7, Fayetteville, AR 72703 | 044494260-003 | $22 | yes |
| City of Ocala | Water/Sewer | 1850 SE 18th Avenue, Unit 109, Ocala, FL 34471 | 541589247276 | $795 | no |
| City of Ontario | Water/Sewer | 1936 E Cedar St, Unit 3, Ontario, CA 91761 | 2277934-192867 | $160 | no |
| City of Tulsa | Water/Sewer | 8934 E 19th Place, Tulsa, OK 74112 | 144259-2240433 | $248 | yes |

| | | | | | |
|---|---|---|---|---|---|
| City of Tumwater | Water/Sewer | 2500 Mottman Rd, #100, Tumwater, WA 98512 | 13-000015-001 | $381 | no |
| City of Winter Haven | Water/Sewer | 1528 3rd Street SW, Winter Haven, FL 33880 | 79702600-002 | $76 | yes |
| City of Winter Springs | Water/Sewer | 778 Bear Creek Circle, Winter Springs, FL 32708 | 16080-006 | $160 | no |
| Conservice | Water/Sewer | 7 Riverway, Unit 2110, Houston, TX 77056 | 32926506 | $80 | no |
| Conservice | Water/Sewer | 120 Acklins Circle, Unit 311, Daytona Beach, FL 32119 | 31099178 | $217 | yes |
| Conservice | Water/Sewer | 1305 Morgan Stanley Ave, Unit 614, Winter Park, FL 32789 | 31432480 | $99 | yes |
| Lakewood Water District | Water/Sewer | 8801 S. Tacoma Road, Tacoma, WA 98499 | 25705 | $41 | no |
| Lakewood Water District | Water/Sewer | 8801 S. Tacoma Road, Tacoma, WA 98499 | 25705 | $244 | no |
| Manatee County Water | Water/Sewer | 2825 89th Street Circle E, Palmetto, FL 34221 | 100187525 | $200 | yes |
| Panama City Beach Water | Water/Sewer | 550 Second Ave, Panama City Beach, FL 32413 | 174775-82808 | $51 | yes |