# **EXHIBIT C**

**Insurance Policies**

| Type of Coverage | Insurance Carrier | Policy Number(s) | Policy Effective Date | Approximate Annualized Gross Premium[1] |
|---|---|---|---|---|
| Installation Floater | RLI Corp. | IH3J55470900 | 9/15/2023 | $251,530 |
| Motor Truck Cargo | RLI Corp. | SMCZ17048AAA | 9/15/2023 | $45,000 |
| Property | Philadelphia Insurance Companies | FSF16565374 002<br>CCP-1187345<br>202200118902 | 5/20/2024<br>10/26/2023<br>11/11/2023 | $10,270 |
| General Liability / Professional Liability / Environmental | Markel Group, Inc. | MKLV5ENV104431 | 11/7/2023 | $460,562 |
| Auto Liability | The Hardford Financial Services Group | 34CSFWQ0296 | 11/7/2023 | $2,133,765 |
| Auto Liability | Lloyds of London | RTSHNOA01479 | 11/7/2023 | $220,000 |
| Cyber Liability | Beazley | W336F8230201 | 9/15/2023 | $65,510 |
| Sales Property Coverage | The Hardford Financial Services Group | PPK2605786 | 9/15/2023 | $11,169 |
| Directors and Officers / Fiduciary Liability / Employment | QBE Insurance Group | 130003201 | 7/29/2024 | $230,000 |

[1] The Approximate Annualized Gross Premium does not include any premium, tax, or issuance fee unless otherwise specified.

| Type of Coverage | Insurance Carrier | Policy Number(s) | Policy Effective Date | Approximate Annualized Gross Premium[1] |
|---|---|---|---|---|
| Practices Liability / Crime Coverage | | | | |
| Excess Liability | Hamilton Insurance Group | ENVXSHI271267-01 | 11/7/2023 | $236,711 |
| Excess Liability | Colony Insurance Company | EXO4281459 | 11/7/2023 | $185,656 |