**Exhibit C**

**Debtors' Bank Accounts**

| Account Holder | Bank Name | Last Four Digits of Account No. | Account Type/Purpose | Balance as of Petition Date |
|---|---|---|---|---|
| Lumio HX, Inc. | Bank of America | 4930 | Operating Account | $3,601,874.47 |
| Lumio HX, Inc. | Bank of America | 4943 | Payroll Sweep Account | $(1,278,671.66) |
| Lumio HX, Inc. | Bank of America | 4956 | Collections Sweep Account | $0.00[1] |

---

[1] The Payroll Sweep Account and the Collections Sweep Account are net $0.00 at the COB each day.