**Exhibit D**

**JP Morgan Accounts**

| Account Holder | Bank Name | Last Four Digits of Account No. | Account Type/Purpose | Balance as of Petition Date |
|---|---|---|---|---|
| Lumio HX, Inc. | JP Morgan Chase | 1115 | Letter of Credit Account | $3,386,028.11 |
| Lumio HX, Inc. | JP Morgan Chase | 9176 | Letter of Credit Account | $155,666.13 |
| Lumio HX, Inc. | JP Morgan Chase | 2505 | Letter of Credit Account | $31,500.00 |
| Lumio HX, Inc. | JP Morgan Chase | 8070 | Inactive | $0.00 |
| Lumio HX, Inc. | JP Morgan Chase | 8138 | Inactive | $0.00 |
| Lumio HX, Inc. | JP Morgan Chase | 7973 | Inactive | $0.00 |
| Lumio HX, Inc. | JP Morgan Chase | 2232 | Inactive | $0.00 |
| Lumio HX, Inc. | JP Morgan Chase | 2661 | Inactive | $0.00 |
| Lumio HX, Inc. | JP Morgan Chase | 2885 | Inactive | $0.00 |
| Lumio HX, Inc. | JP Morgan Chase | 3008 | Inactive | $0.00 |
| Lumio HX, Inc. | JP Morgan Chase | 2786 | Inactive | $0.00 |
| Lumio HX, Inc. | JP Morgan Chase | 3131 | Inactive | $0.00 |
| Lumio HX, Inc. | JP Morgan Chase | 7502 | Inactive | $0.00 |
| Lumio HX, Inc. | JP Morgan Chase | 6119 | Inactive | $0.00 |
| Lumio HX, Inc. | JP Morgan Chase | 9228 | Inactive | $0.00 |
| Lumio HX, Inc. | JP Morgan Chase | 7957 | Inactive | $0.00 |