**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUMIO HOLDINGS, INC., *et al.*,[1] | Case No. 24-11916 (\_\_\_) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. \_\_\_** |

**ORDER (I) AUTHORIZING DEBTORS TO SEAL CERTAIN PERSONALLY
IDENTIFIABLE INFORMATION FOR CUSTOMERS, CREDITORS, AND
PARTIES IN INTEREST AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "<u>Motion</u>")[2] of the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>") (i) authorizing the Debtors to redact certain personally identifiable information for the Debtors' creditors and parties in interest, and (ii) granting related relief, all as more fully set forth in the Motion; and due and sufficient notice of the Motion having been provided under the particular circumstances; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and this Court having found and determined that the relief requested in the Motion is in the best interests of the Debtors, their

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, are Lumio Holdings, Inc. (7119) and Lumio HX, Inc. (7401). The Debtors' headquarters is located at 1550 W Digital Drive, Suite 200, Lehi, UT 84043.

[2] Capitalized terms not defined in this Order shall have the meaning ascribed to them in the Motion.

estates and creditors, and any parties in interest; and the legal and factual bases set forth in the Motion having established just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized to redact from any Sealed Filings and the claims register the home and other address information of the Debtors' employees, former employees, creditors, and other parties in interest who are individual persons.

3. The Debtors shall file unredacted versions of all such Sealed Filings and provide unredacted versions to the U.S. Trustee, any official committee appointed in these cases, or as otherwise ordered by the Court. The Debtors may provide an unredacted version of the Sealed Filings to other parties in interest upon execution of an acceptable non-disclosure agreement as necessary.

4. To the extent any party provided with an unredacted version of any document filed under seal files any responsive pleading or other pleadings relating to the Motion, such party shall redact from its pleadings any confidential or identifying information.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. The requirements of Bankruptcy Rule 6003(b) have been satisfied because the relief set forth in this Order is necessary to avoid immediate and irreparable harm.

7. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon its entry.

3

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.