# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUMIO HOLDINGS, INC., *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11916 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date:**<br>**October 1, 2024, at 11:00 a.m. (ET)**<br><br>**Objection Deadline:**<br>**September 18, 2024, at 4:00 p.m. (ET)**<br><br>**Re: D.I. 26** |

### NOTICE OF DEBTORS' FIRST OMNIBUS MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES *NUNC PRO TUNC* TO THE PETITION DATE, AND (B) ABANDON ANY PERSONAL PROPERTY THAT REMAINS AT LEASED PREMISES, AND (II) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on September 3, 2024, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases* Nunc Pro Tunc *to the Petition Date, and (B) Abandon Any Personal Property that Remains at Leased Premises, and (II) Granting Related Relief* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, objections, if any, to the Motion must be (a) in writing; (b) filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 18, 2024, at 4:00 p.m. (ET)** (the "Objection Deadline"); and (c) served so as to be received on or before the Objection Deadline by proposed counsel to the Debtors, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899-1347, Attn: Robert J. Dehney, Sr. (rdehney@morrisnichols.com); Matthew B. Harvey (mharvey@morrisnichols.com); and Matthew O. Talmo (mtalmo@morrisnichols.com).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will take place on **October 1, 2024, at 11:00 a.m. (ET)** before the Honorable J. Kate Stickles, United States Bankruptcy Judge.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, are Lumio Holdings, Inc. (7119) and Lumio HX, Inc. (7401). The Debtors' headquarters is located at 1550 W Digital Drive, Suite 200, Lehi, UT 84043.

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 5, 2024
       Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Scott D. Jones*
Robert J. Dehney, Sr. (No. 3578)
Matthew B. Harvey (No. 5186)
Matthew O. Talmo (No. 6333)
Scott D. Jones (No. 6672)
Erin L. Williamson (No. 7286)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile:  (302) 658-3989
Email:  rdehney@morrisnichols.com
       mharvey@morrisnichols.com
       mtalmo@morrisnichols.com
       sjones@morrisnichols.com
       ewilliamson@morrisnichols.com

*Proposed Counsel to the Debtors and Debtors in Possession*