# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LUMIO HOLDINGS, INC., *et al.*,[1] | ) ) | Case No. 24-11916 (JKS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) **Re: D.I. 379** |

## NOTICE OF REVISED COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION OF LUMIO HOLDINGS, INC. AND LUMIO HX, INC.

**PLEASE TAKE NOTICE** that on December 13, 2024, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Lumio Holdings, Inc. and Lumio HX, Inc.* (D.I. 379) (the "Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Plan, including to incorporate comments received from the Office of the United States Trustee (the "Revised Plan").

**PLEASE TAKE FURTHER NOTICE** that the Revised Plan is attached hereto as **Exhibit 1**. For the convenience of the Court and all parties in interest, a redline comparing the Revised Plan to the Plan is attached hereto as **Exhibit 2**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their U.S. federal tax identification number, are Lumio Holdings, Inc. (7119) and Lumio HX, Inc. (7401). The Debtors' headquarters is located at 1550 W Digital Drive, Suite 200, Lehi, UT 84043.

Dated: January 2, 2025  
       Wilmington, Delaware

Respectfully submitted,

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Matthew O. Talmo*
Robert J. Dehney, Sr. (No. 3578)
Matthew B. Harvey (No. 5186)
Matthew O. Talmo (No. 6333)
Scott D. Jones (No. 6672)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile:  (302) 658-3989
Email:  rdehney@morrisnichols.com
       mharvey@morrisnichols.com
       mtalmo@morrisnichols.com
       sjones@morrisnichols.com

*Counsel to the Debtors and Debtors in Possession*