**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUMIO HOLDINGS, INC., *et al.*,[1] | Case No. 24-11916 (JKS) |
| Debtors. | (Jointly Administered) |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 3, 2025, AT 12:00 P.M. (EASTERN TIME)**

> This hearing will be conducted **in-person.**
> All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

**RESOLVED MATTERS**

1. Debtors' Motion for Entry of an Order Extending the Period Within Which the Debtors May Remove Civil Actions and Granting Related Relief (D.I. 350, filed 11/27/24).

    Objection Deadline: December 11, 2024, at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Order Extending the Period Within Which the Debtors May Remove Civil Actions and Granting Related Relief (D.I. 375, entered 12/12/24).

    Status: An order has been entered. No hearing is necessary.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, are Lumio Holdings, Inc. (7119) and Lumio HX, Inc. (7401). The Debtors' headquarters is located at 1550 W Digital Drive, Suite 200, Lehi, UT 84043.

[2] Amended items in **bold**.

2. Consolidated Electrical Distributors Inc. d/b/a Greentech Renewables's Motion for Allowance of and Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 503(b)(9) and 507(a)(2) (D.I. 391, filed 12/20/24).

   Objection Deadline: December 27, 2024, at 4:00 p.m. (ET).

   Responses Received:

   A. Reservation of Rights of the Debtors Regarding Consolidated Electrical Distributors, Inc. d/b/a Greentech Renewables's Motion for Allowance and Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 503(b)(9) and 507(a)(2) (D.I. 396, filed 12/27/24).

   Related Documents:

   A. Certificate of No Objection Regarding Consolidated Electrical Distributors, Inc. d/b/a/ Greentech Renewables's Motion for Allowance and Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 503(b)(9) and 507(a)(2) (D.I. 399, filed 12/30/24); and

   B. Order Approving Motion of Consolidated Electrical Distributors Inc. d/b/a Greentech Renewables for Allowance and Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 503(b)(9) and 507(a)(2) (D.I. 400, filed 12/30/24).

   Status: An order has been entered. No hearing is necessary.

**ADJOURNED MATTERS**

3. Application of Podium Corporation, Inc. for Allowance and Payment of Administrative Expense Claim (D.I. 366, filed 12/6/24).

   Objection Deadline: December 27, 2024, at 4:00 p.m. (ET); extended for the Debtors to a date to be determined.

   Responses Received:

   A. Informal comments received from the Debtors.

   Related Documents:

   A. Notice of Application of Podium Corporation, Inc. for Allowance and Payment of Administrative Expense Claim (D.I. 368, filed 12/9/24); and

   B. Notice of Adjourned Hearing on the Application of Podium Corporation, Inc. for Allowance and Payment of Administrative Expense Claim (D.I. 404, filed 12/30/24).

Status: This matter is adjourned to the hearing scheduled for February 3, 2025, at 11:00 a.m. (ET).

4. Application of Workday, Inc. for Allowance and Payment of Administrative Expense Claim (D.I. 367, filed 12/6/24).

   Objection Deadline: December 27, 2024, at 4:00 p.m. (ET); extended for the Debtors to a date to be determined.

   Responses Received:

   A. Informal comments received from the Debtors.

   Related Documents:

   A. Notice of Application of Workday, Inc. for Allowance and Payment of Administrative Expense Claim (D.I. 369, filed 12/9/24); and

   B. Notice of Adjourned Hearing on the Application of Workday, Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1) (D.I. 403, filed 12/30/24).

   Status: This matter is adjourned to the hearing scheduled for February 3, 2025, at 11:00 a.m. (ET).

**MATTERS GOING FORWARD**

5. Debtors' Motion for an Order (I) Authorizing Rejection of the Subscription Services Agreement, Effective as of the Rejection Date, and (II) Granting Related Relief (D.I. 349, filed 11/27/24).

   Objection Deadline: December 11, 2024, at 4:00 p.m. (ET).

   Responses Received:

   A. Informal comments from Oracle America, Inc.

   Related Documents: None.

   **Status: This matter is adjourned to the hearing scheduled for February 3, 2025, at 11:00 a.m. (ET). The Debtors expect to submit a revised form of order under certification of counsel.**

6. Debtors' Motion for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, The Combined Disclosure Statement and Plan; (VI) Approving the Form of Combined Hearing Notice, and (VII) Granting Related Relief (D.I. 380, filed 12/13/24).

   Objection Deadline: December 27, 2024, at 4:00 p.m. (ET); extended to December 30, 2024, at 4:00 p.m. (ET) for the United States Trustee.

   Responses Received:

   A. United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of the Combined Disclosure Statement and Plan; (VI) Approving the Form of Combined Hearing Notice, and (VII) Granting Related Relief (D.I. 397, filed 12/30/24).

   Related Documents:

   A. Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Lumio Holdings, Inc. and Lumio HX, Inc. (D.I. 379, filed 12/13/24);

   B. Notice of (I) Approval of Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Hearing to Consider (A) Final Approval of the Combined Disclosure Statement and Plan and (B) Confirmation of the Combined Disclosure Statement and Plan; (III) Deadline for Voting on the Combined Disclosure Statement and Plan; and (IV) Deadline for Filing Objections to Confirmation of the Combined Disclosure Statement and Plan (D.I. 398, filed 12/30/24);

   C. Notice of Filing of Liquidation Analysis (D.I. 401, filed 12/30/24);

   **D. Reply to the United States Trustee's Objection and in Further Support of the Debtors' Motion for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of the Combined**

**Disclosure Statement and Plan; (VI) Approving the Form of Combined Hearing Notice, and (VII) Granting Related Relief (D.I. 409, filed 1/2/25);**

E. **Motion of the Debtors for Leave to File Late Reply to United States Trustee's Objection and in Further Support of the Debtors' Motion for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of the Combined Disclosure Statement and Plan; (VI) Approving the Form of Combined Hearing Notice, and (VII) Granting Related Relief (D.I. 410, filed 1/2/25);**

F. **Notice of Revised Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Lumio Holdings, Inc. and Lumio HX, Inc. (D.I. 413, filed 1/2/25); and**

G. **Notice of Revised Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, The Combined Disclosure Statement and Plan; (VI) Approving the Form of Combined Hearing Notice, and (VII) Granting Related Relief (D.I. 414, filed 1/2/25).**

Status:  This matter is going forward.

7. Debtors' Eleventh Omnibus Motion for an Order (I) Authorizing Rejection of Certain Executory Contracts and Unexpired Leases Effective as of the Rejection Date and (II) Granting Related Relief (D.I. 388, filed 12/18/24).

Objection Deadline: December 27, 2024, at 4:00 p.m. (ET).

Responses Received:

A. Informal comments from Arrivy, Inc.

Related Documents:

A. **Certification of Counsel Regarding Debtors' Eleventh Omnibus Motion for an Order (I) Authorizing Rejection of Certain Executory Contracts and Unexpired Leases Effective as of the Rejection Date and (II) Granting Related Relief (D.I. 411, filed 1/2/25).**

**Status: A revised form of order has been filed under certification of counsel. No hearing is necessary unless the Court directs otherwise**.

| | |
|---|---|
| Dated:  January 2, 2025<br>　　　　Wilmington, Delaware | Respectfully submitted,<br><br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Matthew O. Talmo*　　　　　<br>Robert J. Dehney, Sr. (No. 3578)<br>Matthew B. Harvey (No. 5186)<br>Matthew O. Talmo (No. 6333)<br>Scott D. Jones (No. 6672)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile:  (302) 658-3989<br>Email:  rdehney@morrisnichols.com<br>　　　　 mharvey@morrisnichols.com<br>　　　　 mtalmo@morrisnichols.com<br>　　　　 sjones@morrisnichols.com<br><br>*Counsel to the Debtors and Debtors in Possession* |